

PO BOX 1121
CHARLOTTE NC 28201-1121
Return Service Requested

NAEEM BETZ
PO BOX 15714
WASHINGTON DC 20003-0714

6 6 000C1461
459171

FIRST CLASS MAIL



FIRST CLASS
PRESORT
U.S. POSTAGE
PAID
PCI

**PLAINTIFF'S EXHIBIT A**

### First Credit Services, Inc.

371 Hoes Lane, Suite 300 B
Piscataway, NJ 08854
(800) 580-3912 • Fax: 732-726-6490

Hours of Operation:
Monday Through Friday 8AM - 9PM EST
Saturday 8AM - 2PM EST



| Creditor: | GOLD'S GYM -LARGO, MD |
|---|---|
| Account: | 480704233 |
| Balance Due: | $249.92 |
| Master Location: | 4617572 |
| Business ID: | 545323 |
| Master #: | GV3106 |
| Letter Type: | 0P4 |

## IMPORTANT NOTICE

October 28, 2014

Dear Naeem Betz,

Your account has been referred to us by GOLD'S GYM -LARGO, MD to collect your past-due obligation. According to our client's records, you are responsible for the remaining balance of $249.92. Our client has reviewed YOUR account along with the terms of your GYM MEMBERSHIP AGREEMENT, and determined that you are now in default, and you must contact us to clear this matter. The remaining balance of $249.92 is your responsibility to pay. Please understand that if this debt is not resolved, it may be reported to the credit bureaus and negatively affect your credit rating.

Call us today or simply detach the bottom portion of this letter and send your payment in the enclosed envelope. Please make all checks payable to FIRST CREDIT SERVICES, INC., or if you wish, you may pay your account with your debit or credit card. It is a simple and convenient way to get this bill paid, and clear your name from collections.

1. call our automated phone system (877) 729-8845
2. visit our web payment system at Http://fcs.solvemydebt.com
3. to speak with a live representative please call (800) 580-3912

This delinquent balance will remain your responsibility until we work together to resolve your outstanding obligation of $249.92 due our client.

If for any reason you are unable at this point in time to make payment, please call our customer service group at the above listed phone number. They will work with you on setting up a flexible payment arrangement to meet your needs and assist you in resolving this current situation. Please send any written correspondence to First Credit Services, Inc. at the address listed above.

We look forward to your response.

Sincerely,

First Credit Services, Inc.
(800) 580-3912



**Account Summary**

**Creditor**
GOLD'S GYM -LARGO, MD

**Account #**
480704233

**Balance Due**
$249.92

**Master Location**
4617572

**Business ID**
545323

**Master #:**
GV3106

| Creditor | Regarding | Amt Owed |
|---|---|---|
| GOLD'S GYM -LARGO, MD | | $249.92 |

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**
This is an attempt to collect a debt and any information obtained will be used for that purpose.



▲ Detach Lower Portion And Return With Payment* To pay by Credit Card Please see reverse side ▲

PO BOX 1121
CHARLOTTE NC 28201-1121
Return Service Requested

6 6 00001461
459171

| Creditor: | GOLD'S GYM-LARGO, MD |
| Account: | 480704233 |
| Balance Due: | $249.92 |
| Master Location: | 4617572 |
| Business ID: | 545323 |
| Master #: | GV3106 |
| Letter Type: | 0P4 |

FIRST CREDIT SERVICES, INC.
PO BOX 549
WOODBRIDGE, NJ 07095-0549

NAEEM BETZ
PO BOX 15714
WASHINGTON DC 20003-0714

0P4
FirstCredit.WFD
459171
00001461

ZL6S-0SC (000)

PLAINTIFF'S EXHIBIT
A

**First Credit Services, Inc.**

371 Hoes Lane, Suite 300 B
Piscataway, NJ 08854
(800) 580-3912 • Fax: 732-726-6490

Hours of Operation:
Monday Through Friday 8AM - 9PM EST
Saturday 8AM - 2PM EST

| Creditor: | GOLD'S GYM -LARGO, MD |
|---|---|
| Account: | 480704233 |
| Balance Due: | $249.92 |
| Master Location: | 4617572 |
| Business ID: | 545323 |
| Master #: | GV3106 |
| Letter Type: | 0P4 |

## NOTICIA IMPORTANTE

28 de octubre de 2014

Querida Naeem Betz,

Su cuenta nos ha sido referida por GOLD'S GYM -LARGO, MD para cobrar su saldo vencido. De acuerdo a los registros de nuestro cliente, usted es responsable por el saldo de $249.92. Nuestro cliente ha revisado SU cuenta junto con los términos de su ACUERDO DE MEMBRESIA DE GYM, y ha determinado que usted esta ahora en falta y debe contactarnos para arreglar este asunto. Es su responsabilidad pagar saldo adeudado de $249.92. Por favor entienda que si esta deuda no se resuelve, puede ser reportada a las agencias de crédito y afectar su puntaje de crédito en forma negativa.

Llámenos hoy o simplemente desprenda la parte inferior de esta carta y envíe su pago en el sobre adjunto. Por favor haga los cheques a la orden de FIRST CREDIT SERVICES, INC., o si lo desea usted puede pagar su cuenta con su tarjeta de débito o crédito. Es una forma simple y conveniente de pagar esta cuenta y limpiar su nombre de deudas.

1. llame a nuestro sistema automático de llamadas al (877) 729-8845
2. visite nuestro sistema de pago en la web en Http://fcs.solvemydebt.com
3. para hablar con un representante por favor llame al (800) 580-3912

Este saldo vencido permanecerá su responsabilidad hasta que trabajemos juntos para resolver su obligación pendiente de $249.92 adeudada a nuestro cliente.

Si por alguna razón usted está imposibilitado de pagar en este momento, por favor llame a nuestro servicio al cliente al número listado arriba. Ellos trabajarán con usted para establecer un plan de pagos que se adecua a sus necesidades y lo asistirán en resolver esta situación. Por favor envíe su correspondencia por escrito a First Credit Services, Inc. al domicilio listado arriba.

Esperamos su respuesta.

Sinceramente,

First Credit Services, Inc.
(800) 580-3912

| | |
|---|---|
| **Creditor** | GOLD'S GYM -LARGO, MD |
| **Account #** | 480704233 |
| **Balance Due** | $249.92 |
| **Master Location** | 4617572 |
| **Business ID** | 545323 |
| **Master #:** | GV3106 |

| Creditor | Regarding | Amt Owed |
|---|---|---|
| GOLD'S GYM -LARGO, MD | | $249.92 |

A MENOS QUE USTED NOTIFIQUE A ESTA OFICINA DENTRO DE LOS 30 DIAS DE RECIBIDA ESTA NOTA QUE USTED DISPUTA LA VALIDEZ DE ESTA DEUDA O UNA PARTE DE LA MISMA, ESTA OFICINA ASUMIRA QUE LA DEUDA ES VALIDA. SI USTED NOTIFICA A ESTA OFICINA POR ESCRITO DENTRO DE LOS 30 DIAS DE RECIBIDA ESTA NOTA QUE USTED DISPUTA LA VALIDEZ DE ESTA DEUDA O UNA PARTE DE ELLA, ESTA OFICINA OBTENDRA VERIFICACION DE LA DEUDA O UNA COPIA DEL JUICIO Y LE ENVIARA POR CORREO UNA COPIA DE ESE JUICIO O VERIFICACION. SI USTED LO REQUIERE POR ESCRITO DENTRO DE LOS 30 DIAS DE RECIBIDA ESTA NOTA, ESTA OFICINA LE PROVEERA EL NOMBRE Y DOMICILIO DEL ACREEDOR ORIGINAL, SI ES DIFERENTE DEL ACREEDOR ACTUAL.



PLAINTIFF'S
EXHIBIT

A

tabbies

| Check One:/ Marque una: | ☐ MasterCard ☐ VISA | |
|---|---|---|
| Expiration Date:/ Fecha de Expiracion: _____/_____/ | | Amount of Payment:/ Cantidad del pago: $ |
| Card#:/ Tarjeta#: | | Signature:/ Firma: |

Third party service provider fees may apply for some methods of payment.

CLIENT LOGIN (HTTPS://WWW.CRSNAVIGATE.COM/CRSNAVIGATE3/P505/) | PAY MY BILL
(HTTPS://WWW2.SOLVEMYDEBT.COM/OTP/LOADFULLHOSTLOGIN.DO?ID=539106)





(http://www.firstcreditonline.com/fcs_fco/)

Home > (http://www.firstcreditonline.com/)Compliance
(http://www.firstcreditonline.com/fcs_fco/Compliance)

Menu



# COMPLIANCE

FCS employs a full-time Compliance Department dedicated to achieving the highest
standards possible. Our dedication to these principles protects and indemnifies our clients
from any possible wrongful act or practice. When an agency takes the time to do things the
right way, and invests in the right people, the end result is a true benefit to the clients who
trust us to handle the collection process properly.

Security and Compliance are at the heart of any good collection program. We focus on
continuous improvements in our processes, and we are mindful of maintaining the highest
levels of quality, security, and compliance. Our Compliance Management Team has put in
place mature and documented CFPB and FDCPA compliance policies and procedures that
through on-going enforcement ensure data and records are handled properly and within
federal guidelines.

FCS has developed a PROACTIVE APPROACH, and our clients benefit from our innovative
Compliant Calling Strategy which allows us to further penetrate collection portfolios that our
competitors score and simply eliminate. The following Laws (Which FCS takes very seriously)
govern Collection Agencies and help protect consumers from wrongful acts:
o CFPB (Consumer Financial Protection Bureau)

o FDCPA (Fair Debt Collection Practices Act)

o TCPA (Telephone Consumer Protection Act)

o PCI Level 1 Compliant (Payment Card Security and Compliance)o GLBA (Gramm-Leach Bliley Act)

o ECOA (Equal Credit Opportunity Act)

o FCRA (Fair Credit Reporting Act)

o UDAAP (Unfair, Deceptive, or Abusive Acts or Practices)

o SCRA (Service Civil Relief Act)

o HIPAA Health Insurance Portability and Accountability Act)



## Certification



**Contact Us**

 (/Contact-Us)

**Company**

History (AboutUs.aspx)

Compliance (Compliance.aspx)

Services (Services.aspx)

SiteMap (sitemap.html)

Thank-you (thank-you)

## Client Service

First Credit Services Customer Service Department:
support@fcsbpo.com
1-800-606-7066



1-800-606-7066
– Ext. 2#



## Corporate Address

First Credit Services
377 Hoes Lane, Suite 200
Piscataway, NJ 08854

---

Terms Of Use (http://www.firstcreditonline.com/fcs_fco/Terms) | Privacy Statement
(http://www.firstcreditonline.com/fcs_fco/Privacy) | Login (http://www.firstcreditonline.com/fcs_fco/Login?
returnurl=%2ffcs_fco%2fCompliance) | Register (http://www.firstcreditonline.com/fcs_fco/Register?
returnurl=http%3a%2f%2fwww.firstcreditonline.com%2ffcs_fco%2fCompliance)

Copyright 2015 by First Credit Services


PLAINTIFF'S EXHIBIT A

CLIENT LOGIN (HTTPS://WWW.CRSNAVIGATE.COM/CRSNAVIGATE3/P505/) | PAY MY BILL (HTTPS://WWW2.SOLVEMYDEBT.COM/OTP/LOADFULLHOSTLOGIN.DO?ID=539106)



# FIRST CREDIT SERVICES

(http://www.firstcreditonline.com/fcs_fco/)

Menu

Home > (http://www.firstcreditonline.com/)Services (http://www.firstcreditonline.com/fcs_fco/Services)



# SERVICES—COLLECTION PROGRAMS

Most Health Club Operators need help managing their member declines and collection issues. Rather than focus on back-end collections, all Gym Staffers should be 100% focused on Member Service Activities that lead to Retention, and leave the more difficult task of collecting to a trusted collection partner like FCS.

All of our Collection Phases incorporate a high level of Member Retention, and we always leave the door open for every past-due member to reinstate their membership with the gym (/fcs_fco/Member-Services). We look to find an amicable resolution that leaves all 3 parties pleased with the final outcome.

Most Health Club Operators need help managing their member declines and debt collection issues. Rather than focus on back-end process. All Gym Staffers should be 100% focused on Membership Service Activities that lead to Retention, and leave the more difficult task of collecting to a trusted collection partner like FCS. A debt collection agency can also help you grow your business as many members will look to re-join at some point, our collectors know how to facilitate the reinstatement process. FCS Gym membership debt collectors are well versed in the pitfalls gym owners and members are faced with each day.



# EARLY STAGE COLLECTIONS (Phase 1)



First Credit Services, Inc. has the ability to develop client-specific Early-Stage Outsourcing Programs dedicated to your business requirements. We employ a flexible staff dedicated to the development of the right program geared toward your overall business model and customer service goals.

If you are struggling to develop a motivated staff and/or process to effectively handle your back-office requirements, it is typically a good business decision to find an outsource provider dedicated to the business task you are trying to perfect. Don't settle for anything less than what your business requires. Leaving money on the table, or failing to deliver a consistent message to every one of your customers simply leads to an unhealthy bottom-line.

Not all Business Process Outsource Providers have the staff and technology in place to allow for the seamless transition required when developing outsourced solutions that really work. At FCS you will quickly find the people willing to help build a system dedicated to YOUR success.

Our Phase 1 Program consists of strategic and cost-effective Phone Calls, Letters, and E-mails, designed to ensure every declined member is given a fair opportunity to update their membership payment information, and get back on track.

# LATE STAGE COLLECTIONS (Phase 2)



First Credit Services overall collection model has been developed by some of the most influential collection agency veterans, possessing unparalleled knowledge and passion for both the Health & Fitness Industry and Collection Business. FCS always stays ahead of the curve by investing in updated technology and training to ensure best practices and industry leading results.

We achieve these results by committing to our overall collection plan consisting of a multi-touch collection campaign designed to ensure consistent contact is made with each debtor on a regular basis. We continue to develop and train some of the best Collection Service Representatives in the industry, and we couple their talent with state-of-the-art telephony technology. We also utilize the service of several Skip-Trace vendors to ensure accurate data scrubs and data enhancement. We have also developed an effective letter campaign to compliment our extremely effective phone strategy. Every client has the option to Credit Report debtor accounts to the National Credit Reporting Agencies through our services.

The FCS Phase 2 Program is an effective strategy that most health & fitness facilities can utilize very easily through the program you already have in place. This process has already been built into your existing software, and depending on your current club management software platform, you can access our services rather easily. Phase 2 typically handles your member declines after Phase 1 or after your internal collection efforts have been exhausted.



First Credit Services is the standard by which the entire Health & Fitness Community measures the success of any other collection program. FCS has maintained industry leading results and services that promote member retention and the highest recovery dollars possible.

## LATE STAGE AMNESTY PROGRAM (Phase 3)



Member Win Back - First Credit Services has developed an effective late-stage strategy which allows our health & fitness clients to make one last attempt to save the Membership from falling completely out the picture. By extending an olive branch to your delinquent members you are letting them know that you are willing to work with them as long as they have regained their commitment to live a healthy lifestyle and reactivate their membership.Our Amnesty Program is cost-effective and saves hundreds of memberships from falling through the cracks each month.

## ULTIMATE DECLINE MANAGEMENT



This full suite of services is designed to handle all aspects of your A/R Management Process and couples Phase 1, Phase 2, and Phase 3 into one consistent program that you can count on to deliver industry leading results and service.

**Certification**



**Contact Us**



PLAINTIFF'S
EXHIBIT
B



I recently received a dunning letter on October 28, 2014 from your legal entity *see attachments*, FIRST CREDIT SERVICES, INC., stating your legal / lawful status as a "debt collector" pursuant to 15 USC§1692a(6). The alleged debt at issue is a consumer debt under 15 U.S.C. §1692a(5). Therefore I am respectfully demanding verification and or validation of any alleged debt pursuant to 15 USC§1692g.



PLAINTIFF'S
EXHIBIT
B



PLAINTIFF'S
EXHIBIT
tabbies
B

## Transmission Status

**Your transmission is waiting to be sent.**

DOC Identifier : 77311014

- Cover page
- OFFICIAL First Credit Services , Inc. Notice of Dispute, Demand for VerificationValidation of Alleged Debt.pdf
- First Credit Services , Inc. Dunning Letter.pdf
- First Credit Services , Inc. Dunning Letter Envelope.pdf

Copyright © 2007-2014 Fax.com All Rights Reserved.



PLAINTIFF'S
EXHIBIT

B

Naeem Betz                                            November 12, 2014

P.O. BOX 15714

WASHINGTON, DC. 20003


Corporate Address

First Credit Services, Inc.

371 Hoes Lane

Piscataway, NJ 08854                        Alleged Account# 480704233


RE: Notice of Dispute, Demand for Verification/Validation of Alleged Debt


Pursuant to the FDCPA you must cease and desist any and all collection activity, in any and every form, until your office(s), agency, company, etc., provides "such verification/proof of claim". See: In Jang v. A. M. Miller & Assocs., U.S. App. (7th Cir.), 122 F.3d 480; 1977, the Court stated that 15 U.S.C. "Section l692g (b) GIVES DEBT COLLECTOR TWO OPTIONS WHEN THEY RECEIVE REQUEST FOR VERIFICATION:  provide the requested verifications and continue their debt collecting activities, or they must cease all collection activities.  (See: Smith v. Transworld Systems Inc., 963 F.2d 1025, 1031(6th Cir. 1992)."


I recently received a dunning letter on October 28, 2014 from your legal entity see attachments, FIRST CREDIT SERVICES, INC.,  stating your legal / lawful status as a "debt collector" pursuant to 15 USC§1692a(6). The alleged debt at issue is a consumer debt under



15 U.S.C. §1692a (5). Therefore I am respectfully demanding verification and or validation of any alleged debt pursuant to 15 USC§1692g.

FIRST CREDIT SERVICES, INC., are a "debt collector" pursuant to 15 USC§1692a (6), 15USC §1681n. Naeem Betz is a "consumer" as that term is defined in 15 USC§1692a (3) and 15 USC§1692c (d). FIRST CREDIT SERVICES INC., ARE NOT A CREDITOR. Purchaser of a defaulted debt is a debt collector. Ruth v. Triumph Partnerships, 577 F.3d 790 (7th Cir. 2009).

Therefore I have not applied for neither received any services or CREDIT with your particular legal entity. In light of the foregoing please provide the alleged original genuine executed agreement that memorializes the transaction between you and I that supports your alleged debt collection claim.

ALL RIGHTS RESERVED X *Na'eem O Betz* UCC §3-414(1) WITH OUT RECOURSE - SUI JURIS IN FULL LIFE - Natural Person - UCC§1-103.6 Naeem O Betz IN PRO PRIA PERSONA UCC§1-207.4-UCC§1-103

UCC§1-308

C.C. Federal Trade Commission

Bureau of Consumer Protection

Jessica Rich, (Director)

600 Pennsylvania Avenue, NW

Washington, DC 20580

1(202)-326-2222



1   C.C. Federal Trade Commission

2   Bureau of Consumer Protection

3   Rob Kaye, (Chief Litigation Counsel)

4   600 Pennsylvania Avenue, NW

5   Washington, DC 20580

6   1(202)-326-2222

7

8   C.C. U.S. Mail: Social Security Fraud Hotline

9   Office of the Inspector General (OIG)

10  P.O. Box 17785

11  Baltimore, Maryland 21235

12  FAX:1-(410)-597-0118

13  Phone:1-(800)-269-0271

14  TTY:1-(866)-501-2101

15

16  C.C. Internal Revenue Service (IRS) Criminal Investigation

17  (CI) Headquarters: Richard Weber (Chief, Criminal Investigation)

18  Patricia Haynes (Deputy Chief Criminal Investigation)

19  1111 Constitution Ave NW Room 2501

20   Washington, DC 20224

21

22

23

24

25

26

27

28

PLAINTIFF'S
EXHIBIT
C


# history speed d



Outgoing, Work, 10/30/2014



Missed call, 10/30/2014

# (646) 568-9946
Missed call, 10/30/2014



Incoming, Mobile, 10/30/2014



Incoming, Mobile, 10/30/2014



Outgoing, Mobile, 10/30/2014




PLAINTIFF'S EXHIBIT
C
tabbies

# details

(646) 568-9946

## 10/30, 11:16a
Missed call



# history speed d

Outgoing, Mobile, 10/30/2014



Outgoing, Work, 10/30/2014



Missed call, 10/30/2014

# (646) 568-9946

Missed call, 10/30/2014






Outgoing, Mobile, 10/30/2014

Outgoing, Mobile, 10/30/2014




PLAINTIFF'S EXHIBIT
C

# details

(646) 568-9946

## 10/30, 1:57p
Missed call



PLAINTIFF'S EXHIBIT
D



https://mail.google.com/mail/u/0/#inbox/14a880ab301f6135

Google

nobetzo@

Gmail ▾

1 of 3,376 ‹ ›

✓Naeem: Your Attention Please. You Have A New Credit Alert!   Inbox   x

What's New

COMPOSE

Inbox (2,428)    Credit Karma <notifications@creditkarma.com>    2:20 PM (1 hour ago)
                 to me ▾

Related Google+ Page

Starred
Important                                                    Credit Karma
Sent Mail                                                    Credit Karma
Drafts (10)
[Imap]/Sent
[Imap]/Trash (1)

Credit ◯ Karma

Search people

Hi Naeem,

Credit Karma's Credit Monitoring service found the following change on your TransUnion credit report on December 25, 2014:

⚠ ACCOUNTS   You have a new account listed on your credit report:  Details

Additional details about this change can be found in Your Alerts.

VIEW MY CREDIT ALERTS

You are receiving this email because you opted into Credit Monitoring, a completely free service. You can change your

3:49 PM
12/26/2014



NA EEM BETZ SR

**TransUnion**  Online Dispute Service

Help

# Credit Report and Request Details

Printable Disclosure or Report

Please review your credit report carefully. If you would like to request an investigation or change of information for any item, click the **Investigate** or **Update** button next to that item..You can edit a request by clicking the **Update** button at any time.

After you have completed all requests for this file, click the **Continue** button to review the summary of your requests. You may click the ❓ button in a section to learn more on how to compose a request for the items in that section.

**Once on the Investigation Summary page, you will have the opportunity to upload documents to support your account investigation requests. Be sure to gather all necessary supporting documents, if applicable, before proceeding. The total size of all attachments may not exceed 5 megabytes. Acceptable file formats are .jpeg, .tif and .pdf, and we cannot accept compressed or password-protected files.**

NOTE: **Clicking the Continue button saves your requests but does not submit them. To make sure your requests are sent to TransUnion, complete all your requests, then go to the Investigation Summary page, upload your documents, if applicable, and click Submit.**

## Credit File Details

| CURRENT FILE | FILE NUMBER | ▮▮▮▮▮ | NAME | NA EEM BETZ SR |
|---|---|---|---|---|
| | REPORT DATE | 12/26/2014 | ADDRESS | 15714 PO BOX |
| | | | | WASHINGTON, DC 20003-0714 |

**CREDIT FILE SECTIONS**

| | | | |
|---|---|---|---|
| 1. Personal Information | 5. Adverse Accounts | 9. Consumer Statement | 13. Inquiry Analysis |
| 2. Telephone Numbers Reported | 6. Satisfactory Accounts | 10. Credit Report Messages | 14. End of Report |
| 3. Addresses Reported | 7. Regular Inquiries | 11. Additional Information | |
| 4. Employment Data Reported | 8. Account Review Inquiries | 12. Special Messages | |

You may see that TransUnion has enriched your credit report with additional personal and financial information not previously retained in our production database. This data can enable you and your creditors to see a more complete picture of how you have managed your credit over time.

### Personal Information ❓

>> Details
**SSN:**  XXX-XX-▮▮▮▮
Your SSN has been masked for your protection.
**Names Reported:**
NA EEM BETZ SR and NAEEM BETZ

You have been on our files since 03/01/1998
**Date of Birth:** ▮▮▮▮

**Request updates**

### Addresses Reported ❓

**Address**
PO BOX 15714, WASHINGTON, DC 20003-0714

**Date Reported**
03/31/2012

### Telephone Numbers Reported ❓

▮▮▮▮▮

**Request updates**

### Employment Data Reported ❓

**Add Employer**   If you wish, you may add additional employers to your credit report.

### Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key:**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|

PLAINTIFF'S EXHIBIT D

| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession |
|---|---|---|---|---|---|---|---|---|---|

**Remarks Key:**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For any account that contains medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law. For your protection, your account numbers have been partially masked, and in some cases scrambled.

### FIRST CREDIT SERVICES  #83053**

371 HOES LANE
SUITE 300B
PISCATAWAY, NJ 08854
(800) 606-7066

| | | | | | |
|---|---|---|---|---|---|
| **Placed for Collection:** | 10/20/2014 | **Balance:** | $250 | **Pay Status:** | >In Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 12/12/2014 | | |
| **Account Type:** | Open Account | **Original Amount:** | $250 | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | MEDICAL-GOLD S GYM LARGO MD | | |
| | | **Past Due:** | >$250< | | |

**Remarks:** >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 07/2021

Request an investigation

## Satisfactory Accounts



PLAINTIFF'S
EXHIBIT

D



Request an investigation

Request an investigation

Request an investigation

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

**SYNCB/PAYPAL**

**SALLIE MAE**

**DISCOVER BANK**

**CAPITAL ONE**

PLAINTIFF'S
EXHIBIT
D

NEW CASTLE, DE 19720                                    SALT LAKE CITY, UT  84130

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you.
These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries,
certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries,
where permitted by law).

**NAEEM BETZ via KARMA/TRANSUNION INTERAC**          **TRANSUNION INTERACTIVE**

**ECMC**                                             **T-MOBILE**

**MIDLAND**                                          **SM SERVICING**

**CONSUMERINFO via CONSUMER INFO.COM**               **CREDITCARDS.COM**

**TU INTERACTIVE**                                   **FACTACT FREE DISCLOSURE**

**NCO**

## Consumer Statement

Your TransUnion credit report contains the following Consumer Statement.

15 U.S.C. 1692G 15 U.S.C. 1692F 15 U.S.C. 1692E 15 U.S.C. 1692D 15 U.S.C. 1692C 15 U.S.C. 1692 J 15 U.S.C. 1692K 15 U.S.C. 1692LTHE FEDERAL TRADE COMMISSION ACT OF
1914 15 U.S.C. 415BFEDERAL TRADE COMMISSION ACT SECTION 5: UNFAIR OR DECEPTIVE ACTS OR PRACTICES BACKGROUND SECTION 5 OF THE FEDERAL TRADE COMMISSION
ACT FTC ACT 15 U.S.C. 45
(Note: This statement has no expiration date.)

   **Add/Update Consumer Statement**

## Credit Report Messages

Your credit report contains the following messages.

**SECURITY ALERT:**
Extended Fraud Alert: Action may be required under FCRA before opening or modifying an account. Contact consumer at ███████-8063 or ███████-8063.
(Note: This alert is set to expire in 04/2021.)
**PROMOTIONAL OPT-OUT:**
This file has been opted out of promotional lists supplied by TransUnion.

(Note: This opt-out is set to expire in 04/2019.)
The opt out on your file will remain in effect until the expiration date specified above, unless you request it to be made permanent. To permanently opt out of promotional lists
provided by TransUnion, you must send us a signed 'Notice of Election' form, which can be obtained by writing us or calling us at 800-916-8800 and speaking with a
representative.

**PLAINTIFF'S EXHIBIT**

E

**TransUnion.**   Online Dispute Service                                    NA EEM BETZ SR

Help

## Resolution Summary

We have completed verification of the investigation or changes that you requested regarding your TransUnion Personal Credit Report. Please review these results carefully.

If you are not satisfied with the resolution or the updated report, and you have documents that support your claim, then you may print and complete a Request for Investigation form and return it by mail along with the supporting documentation. You may also add a consumer statement of 100 words or less to this request. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

To learn more about the dispute process, visit our Help page.

Click **Continue** to view an updated copy of your Personal Credit Report.



### Investigation Results

| CURRENT FILE | FILE NUMBER | | NAME | NA EEM BETZ SR |
|---|---|---|---|---|
| | REPORT DATE | 12/29/2014 | ADDRESS | 15714 PO BOX |
| | DISPUTE OPEN DATE | 12/26/2014 | | WASHINGTON, DC 20003-0714 |
| | | | COMPLETION DATE | 12/26/2014 |

**Account Information**

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| FIRST CREDIT SERVICES | # 830**** | DELETED |

| | |
|---|---|
| View an updated copy of your TransUnion Personal Credit Report | Continue |
| Exit the Resolution Summary | Cancel |

Submit a debt collection complaint

An official website of the United States Government

# Submit a debt collection complaint

 Consumer Financial Protection Bureau

---

WHAT HAPPENED?

COMPANY INFORMATION

MY INFORMATION

REVIEW AND SUBMIT
Incomplete

**Form trouble? Chat now.**

Only the highlighted information below will be sent to these companies.

**PLAINTIFF'S EXHIBIT**
E

## Review your information
### WHAT HAPPENED?

What type of debt is this?
**Other (i.e. phone, health club, etc.)**

Which of these best describes your issue?
**Frequent or repeated calls**

Describe what happened so we can understand the issue...

First Credit Services,INC acquired and used my personal identifiable information to furnish a deceptive form to attempt to collect an alleged debt. First Credit Services INC... mailed a dunning letter to my address... This dunning letter was disputed via email and fax pursuant to 15 USC 1692g. First Credit Services,INC to date have not responded to my email and fax... The dunning letter was sent to me in a false and misleading way, and they are other violations of the federal consumer protections law as well... First Credit Services,INC called my personal cell phone several times with out my express written consent trying to attempt to collect and alleged invalidated / unverified debt...

What do you think would be a fair resolution to your issue?

I am demanding a letter of acknowledgement on corporate letterhead for this erroneous fraudulent
Violation of FEDERAL LAW sent to me by mail by overnight delivery...

### COMPANY INFORMATION                               **Edit this section**

Debt collection company
**First Credit Services, Inc.**

Address
**371 Hoes Lane Piscataway, Suite 300 B
Piscataway NJ 08854
United States**

Phone Number
**1-800-606-7066**

Account Number
**Alleged Account# 480704233**

Supporting documents

Submit a debt collection complaint

- First Credit Services , Inc. Dunning Letter.pdf (810.25KB)
- First Credit Services , Inc. Dunning Letter Envelope.pdf (456.8KB)
- FAX FIRST CREDIT SERVICES Transmission Status 11-13-2014.pdf (65.2KB)
- BLACKED OUT PIC 2 FIRST CREDIT SERVICES, INC. OFFICIAL.pdf (681.41KB)
- BLACKED OUT PIC 3 FIRST CREDIT SERVICES, INC. OFFICIAL.pdf (709.25KB)
- PIC 0 FIRST CREDIT SERVICES, INC. OFFICIAL.pdf (29.3KB)
- PIC 1 FIRST CREDIT SERVICES, INC. OFFICIAL.pdf (29.27KB)

**MY INFORMATION**                                            **Edit this section**



Your name                          The last four digits of your SSN

**Mr Na'eem Betz**

Mailing address                    Contact information

**P.O. BOX 15714**                 nobetz0@
**WASHINGTON DC 20003**
**United States**

☑ The information given is true to the best of my knowledge and
belief. I understand that the CFPB cannot act as my lawyer, a court
of law, or a financial advisor.

**PLAINTIFF'S EXHIBIT**

**E**

SUBMIT

Privacy act statement | OMB #3170-0011

**Have questions? Need help with this form?**   (855) 411-2372          An official website of the United States government



PLAINTIFF'S
EXHIBIT
E
tabbies



# FIRST
## CREDIT SERVICES

Naeem Betz
Client Acct# 480704233
Agency Account #GV3106
Complaint #141218-000607

December 23, 2014

In response to the complaint received from CFPB in regard to Naeem Betz;

This account was placed with our office for collections by our client Gold's Gym on October 20, 2014.

Regarding Mr. Betz complaints that FCS called his cell phone without his express written consent, FCS investigated the call history.  According to our call logs, the phone number FCS called is the same number the consumer provided on his underlying credit contract establishing the outstanding account at issue. Therefore, the consumer expressly consented to being contacted about the account via that phone number. FCS will consider this consumer's complaint a written cease and desist request and cease all activity on the account.

Thank you for the opportunity to respond to the letter you received from Mr. Betz.

Sincerely,

*Brooke Barrett*
Director of Compliance





Naeem Betz
Client Acct# 480704233
Agency Account #GV3106
Complaint #10351005

December 23, 2014

In response to the complaint received from BBB in regard to Naeem Betz;

This account was placed with our office for collections by our client Gold's Gym on October 20, 2014.

Regarding Mr. Betz complaints that FCS called his cell phone without his express written consent, FCS investigated the call history.  According to our call logs, the phone number FCS called is the same number the consumer provided on his underlying credit contract establishing the outstanding account at issue. Therefore, the consumer expressly consented to being contacted about the account via that phone number. FCS will consider this consumer's complaint a written cease and desist request and cease all activity on the account.

Thank you for the opportunity to respond to the letter you received from Mr. Betz.

Sincerely,

*Brooke Barrett*
Director of Compliance

FIRST CREDIT SERVICES · 371 HOES LANE · SUITE #300B · PISCATAWAY, NJ 08854
PHONE: 800-606-7066 · FAX: 732-465-1302