# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

NAEEM BETZ,

PRO SE   Plaintiff, Claimant

VS.                                                                CIVIL. CASE NO. **1:15-cv-01376-RC**

                                                                   Honorable Rudolph Contreras

FIRST CREDIT SERVICES, INC.

Defendant, Respondent

## PLAINTIFF'S MOTION FOR LEAVE FOR PERMISSION FOR ELECTRONIC CASE MANAGEMENT / ELECTRONIC CASE FILING SYSTEM CM/ECF PASSWORD

Pursuant to the Federal Rules of Civil Procedure 5(d)(2)(3) and the Local Rules of this Court LCvR 5.4 (b) (2), as the (*Plaintiff Naeem Betz*) in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

4. A computer with internet access;

5. An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

6. A scanner to convert documents that are only in paper format into electronic files;

7. A printer or copier to create to create required paper copies such as chambers copies;



RECEIVED

SEP 1 0 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

8. A word-processing program to create documents; and

9. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

**WHEREFORE, PRO SE LITIGANT RESPECTFULLY REQUESTS THAT THE COURT GRANT LEAVE TO FILE ELECTRONICALLY**

**A. GRANT THE MOTION TO OBTAIN AN CM / ECF LOGIN AND PASSWORD;**

**B. GRANT SUCH OTHER RELIEF AS IS EQUITABLE AND JUST.**

Respectfully submitted this 10th day of September, 2015

:  *[signature]*

**NAEEM BETZ**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

NAEEM BETZ ,

PRO SE   Plaintiff, Claimant

VS.                                                                                    CIVIL. CASE NO: **1:15-cv-01376-RC**

                                                                                        Honorable Judge Rudolph Contreras

FIRST CREDIT SERVICES, INC.

Defendant, Respondent

**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING SYSTEM CM/ECF PASSWORD**

The Court has considered the Motion for Leave for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____                              _____
                                                                                        United States District Judge
                                                                                        Honorable Rudolph Contreras