IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
**NOV 1 8 2015**
Clerk, U.S. District and Bankruptcy Courts

NAEEM BETZ,

PRO SE   Plaintiff, Claimant

VS.                                                          CIVIL. CASE NO. **1:15-cv-01376-RC**

Honorable Rudolph Contreras

FIRST CREDIT SERVICES, INC.

Defendant, Respondent


**PLAINTIFF'S MOTION FOR LEAVE FOR PERMISSION TO ACCESS CASE MANAGEMENT / ELECTRONIC CASE FILING SYSTEM CM/ECF PASSWORD**

Pursuant to the Federal Rules of Civil Procedure 5(d)(2)(3) and the Local Rules of this Court LCvR 5.4 (b) (2), as the (*Plaintiff Naeem Betz*) in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

4. A computer with internet access;

5. An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

6. A scanner to convert documents that are only in paper format into electronic files;

7. A printer or copier to create to create required paper copies such as chambers copies;

8. A word-processing program to create documents; and

9. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

WHEREFORE, PRO SE LITIGANT RESPECTFULLY REQUESTS THAT THE COURT GRANT LEAVE TO FILE ELECTRONICALLY.

PLAINTIFF NA'EEM BETZ CERTIFIES THAT I HAVE COMPLETED ALL TUTORIAL TRANING RELATED TO THE (CM/ECF) CASE MANAGEMENT ELECTRONIC CASE FILE SYSTEM. ALSO I BRIFLY MET WITH MS. TIFFANY N. GOUGH THE OPERATIONS ANALYST / ECF COORDINATOR FOR US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

A. GRANT THE MOTION TO OBTAIN CM / ECF LOGIN AND PASSWORD;

B. GRANT SUCH OTHER RELIEF AS IS EQUITABLE AND JUST.


Respectfully submitted this 18th day of November, 2015

: _/s/_____

NAEEM BETZ
4244 HILDRETH ST. SE
WASHINGTON, D.C. [20019-9998]


## CERTIFICATE OF SERVICE

The Plaintiff does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by first class mail, postage prepaid on this 18th day of November, 2015 to:

**Defendant Counsel: Ronald S. Canter, Esquire (MD, FL, PA, DC, VA)**

**The Law Offices of Ronald S. Canter, LLC**
**200 A Monroe Street**
**Suite 104**
**Rockville, MD 20850**

(fax)
(cell)

*Assigned: 09/24/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**www.dcd.uscourts.gov**

**ECF & Court Records**

**ECF Forms, Training Documents, and Other Information**

**ECF Tutorial.**

The entire tutorial takes approximately one hour to complete.



UNITED STATES DISTRICT
& BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**Tiffany N. Gough**
Operations Analyst/ECF Coordinator

United States Courthouse
333 Constitution Avenue, N.W.     Telephone: (202) 354-3064
Washington, DC  20001     E-mail: tiffany_gough@dcd.uscourts.gov