# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| NAEEM BETZ, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 15-01376 (RC) |
| | : | | |
| v. | : | Re Document No.: | 31 |
| | : | | |
| FIRST CREDIT SERVICES, INC., | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

### DISMISSING CASE

Upon consideration of Plaintiff's stipulation of dismissal, ECF No. 31, it is hereby

**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is **FURTHER ORDERED** that each party bear its own attorneys' fees and costs.

**SO ORDERED**.

Dated: July 8, 2016                                                                                  RUDOLPH CONTRERAS
                                                                                                               United States District Judge